1

2

3

4                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON

5
MARY ANN DAVIES,                          No.  3:15-CV-5306-EFS

6
                        Plaintiff,

7                                         NOTICE SETTING COURT'S
            v.                            SCHEDULING CONFERENCE

8
UNITED STATES OF AMERICA,

9
                        Defendant.

10

11       DATE: **08/25/2015**      TIME: **1:50 pm**      CONFERENCE TYPE:

12   A telephonic Scheduling Conference will be held at the above-noted
     date and time.  Counsel and pro se parties shall use the following
13   information to access the call.

14   **PHONE NUMBER:**        **1-888-363-4749**
     **ACCESS CODE:**         **9068635**
15   **SECURITY CODE:**       **0150**

16   The use of mobile phones is prohibited.

17   Rule 26(d)(1) prohibits a party from seeking discovery from any source
     before the parties have had their Rule 26(f) conference.  This
18   discovery prohibition enables the parties to gather Rule 26(a)(1)
     initial disclosures in advance of the Rule 26(f) conference so that
19   initial disclosures can be exchanged either before or shortly after
     the Scheduling Conference.

20
     In addition, to ensure that discovery and trial preparation advances
21   efficiently, counsel and pro se parties shall discuss *each and every
     one* of the following subjects during the Rule 26(f) conference.
22   Counsel and pro se parties must then file a combined report addressing
     each one of these subjects **not less than 14 days** before the Scheduling
23   Conference:

24       a.    whether jurisdiction and venue exist and, if they do exist,
               the basis for each;

25
         b.    whether service of process is complete and, if not, a
26               deadline for completion;

NOTICE SETTING COURT'S SCHEDULING CONFERENCE - 1

c.    a brief description of the claims and defenses;

d.    whether a statute's constitutionality is being challenged, *see* LR 24.1 (Fed. R. Civ. P. 5.1.);

e.    whether the matter may be pursued as a class action, and if so, 1) a suggested motion-for-class-certification-filing deadline, and 2) what type of class action may be pursued, *see* LR 23.1 (Fed. R. Civ. P. 23.);

f.    any issues that should be certified to a state supreme court;

g.    suggested deadline for amending the pleadings;

h.    suggested deadline for adding additional parties;

i.    whether a non-government corporate party filed the necessary ownership statement, *see* Fed. R. Civ. P. 7.1;

j.    whether the case involves a minor or incompetent party and whether the appointment of a guardian ad litem is necessary, *see* LR 17.1;

k.    discovery:
   - suggested deadline for initial disclosures, *see* Fed. R. Civ. Proc. 26(a)(1) if not already completed,
   - subjects on which discovery may be needed,
   - any issues about preserving discoverable information,
   - claims of privilege or protection,
   - proposed modifications to the standard discovery procedures, including bifurcation and/or consolidation of discovery,
   - suggested expert disclosure deadlines,
   - suggested discovery cut-off, and
   - any anticipated Fed. R. Evid 502 agreements relating to inadvertent disclosures;

l.    proposed protective orders/confidentiality agreements **which shall be submitted as an attachment to the Rule 26(f) report**;

m.    anticipated motions and suggested dispositive motion filing deadline;

n.    trial:
   - suggested trial date(s),
   - length of trial,
   - bifurcation, and

NOTICE SETTING COURT'S SCHEDULING CONFERENCE – 2

- the need for special audio/visual courtroom technology;

o. the likelihood for settling or resolving the case and the point at which the parties can conduct meaningful dispute resolution, and

p. any other matters that may be conducive to the just, efficient, and economical determination of the action.

Parties are expected to comply with the spirit of Rule 26 and seek to minimize the time and expense of discovery consistent with Rule 1's goals.

**Only an attorney who will be trying the case may participate in the telephonic scheduling conference.**

*Failure to 1) timely file the above-described combined report and/or 2) attend the Scheduling Conference will result in the imposition of **sanctions in the minimum amount of $50.00**, absent good cause shown in writing and filed with the Court.*

Dated: July 14, 2015

WILLIAM M. McCOOL, DISTRICT COURT EXECUTIVE CLERK

s/Cora Vargas_____
Deputy Clerk

All Counsel

Document3

NOTICE SETTING COURT'S SCHEDULING CONFERENCE - 3