UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY ANN DAVIES,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | No. 3:15-CV-05306-EFS<br><br>**ORDER COMPELLING MEDIATION** |

    Pursuant to Local Rule 16.2(c)(1), the Court hereby refers this matter to Magistrate Judge Dimke for mediation. **Within 14 days** of the date of this Order, the parties shall contact Judge Dimke's chambers to schedule the mediation at a time mutually convenient for Judge Dimke and the parties.[1]

    **Within seven days** after the mediation has concluded, the parties shall file a joint status report as to whether this matter has settled. All other scheduling deadlines remain in effect. *See* ECF Nos. 13, 16, 18, & 20. After mediation has concluded, if no settlement has been reached, any party seeking a continuance must file the appropriate motion and articulate why further continuance is necessary.

---

[1] Parties may call the Chambers of Magistrate Judge Mary K. Dimke at (509) 573-6670; Judge Dimke's mailing address is PO Box 2706, Yakima, WA 98907.

ORDER STAYING DISCOVERY AND COMPELLING MEDIATION - 1

Accordingly, **IT IS HEREBY ORDERED:**

    **1.**    This matter is **referred** to Magistrate Judge Mary K. Dimke for **Court-ordered mediation**, pursuant to Local Rule 16.2(c)(1).

    **2.**    **Within 14 days** of the date of this Order, the parties shall contact Judge Dimke's chambers to schedule the mediation at a time mutually convenient for Judge Dimke and the parties.

    **3.**    **Within seven days** after the mediation has concluded, the parties shall file a joint status report as directed above.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Dimke.

**DATED** this   27th   day of July 2016.

                                 s/Edward F. Shea
                                   EDWARD F. SHEA
                     Senior United States District Judge