1
2
3
4
5          UNITED STATES DISTRICT COURT
6         WESTERN DISTRICT OF WASHINGTON

| MARY ANN DAVIES,        | No. 3:15-CV-05306-EFS |
|                         |                       |
|            Plaintiff,   | **ORDER COMPELLING MEDIATION** |
|        v.               |                       |
| UNITED STATES OF AMERICA, |                     |
|            Defendant.   |                       |

    This matter was previously referred to Magistrate Judge Mary K. Dimke for mediation. *See* ECF No. 21.  Judge Dimke has since recused herself due to a conflict. *See* ECF No. 33.  As such, pursuant to Local Rule 16.2(c)(1), the Court hereby refers this matter to Magistrate Judge John T. Rodgers for mediation.  **Within 14 days** of the date of this Order, the parties shall contact Judge Rogers's chambers to schedule the mediation at a time mutually convenient for Judge Rogers and the parties.[1]

    **Within seven days** after the mediation has concluded, the parties shall file a joint status report as to whether this matter has settled.  All other scheduling deadlines remain in effect. *See* ECF Nos. 13, 16, 18 & 20.  After mediation has concluded, if no settlement has been reached, any party seeking a continuance must file the

---

[1] Parties may call the Chambers of Magistrate Judge John T. Rodgers at (509) 458-5240; Judge Rodgers's mailing address is PO Box 1493, Spokane, WA 99210.

ORDER STAYING DISCOVERY AND COMPELLING MEDIATION - 1

appropriate motion and articulate why further continuance is necessary.

Accordingly, **IT IS HEREBY ORDERED:**

1. This matter is **referred** to Magistrate Judge John T. Rodgers for **Court-ordered mediation**, pursuant to Local Rule 16.2(c)(1).

2. **Within 14 days** of the date of this Order, the parties shall contact Judge Rodgers's chambers to schedule the mediation at a time mutually convenient for Judge Rodgers and the parties.

3. **Within seven days** after the mediation has concluded, the parties shall file a joint status report as directed above.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Rodgers.

**DATED** this __27th___ day of September 2016.

_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge