UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY ANN DAVIES,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | No.  3:15-CV-05306-EFS<br><br>**ORDER DISMISSING CASE** |

On September 30, 2016, the parties filed a stipulated dismissal, ECF No. 35.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation and Order of Dismissal, **ECF No. 35**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   3rd   day of October 2016.

                    s/Edward F. Shea
                    EDWARD F. SHEA
              Senior United States District Judge

C:\Users\CGONZA~1\AppData\Local\Temp\notesD06208\Davies;15CV5306.Stip.Dismissal.LC1.docx

ORDER DISMISSING CASE - 1